IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL ACTION |
| | : | |
| v. | : | |
| | : | |
| TARELL MALIK MCCANTS | : | No. 22-310 |

## ORDER

**AND NOW** on this 5th day of December, 2023, upon consideration of Mr. McCants' Motion to Dismiss the Indictment (Doc. No. 30), and all responses thereto, it is hereby **ORDERED** that the Motion (Doc. No. 30) is **DENIED** as set forth in the accompanying Memorandum.

BY THE COURT:

_/s/ Gene E.K. Pratter_
**GENE E.K. PRATTER**
UNITED STATES DISTRICT JUDGE